1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,            2:12-CR-00411-KJM
12         Plaintiff,
                                        FINAL ORDER OF FORFEITURE
13      v.
14 GREGORY JAMAL DANIEL,
15         Defendant.
16
17      WHEREAS, on or about November 13, 2014, this Court entered a Preliminary
18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
19 2461(c), based upon the plea agreement entered into between plaintiff and defendant
20 Bruce Austin Watkins forfeiting to the United States the following property:
21         a.   One Hi-Point, 9 mm caliber semi-automatic pistol, model C9, serial
                number P1364214.
22
23      AND WHEREAS, beginning on November 28, 2013, for at least 30 consecutive days,
24 the United States published notice of the Court's Order of Forfeiture on the official
25 internet government forfeiture site www.forfeiture.gov.  Said published notice advised all
26 third parties of their right to petition the Court within sixty (60) days from the first day of
27 publication of the notice for a hearing to adjudicate the validity of their alleged legal
28 interest in the forfeited property;

                                         1
                                                              Final Order of Forfeiture

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Gregory Jamal Daniel.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 8th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE