UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY JAMAL DANIEL,<br><br>Defendant. | No. 2:12-cr-00411-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release GREGORY JAMAL DANIEL;

Case No. 2:12-cr-00411-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    _X_ (Other): **Time Served**.

Issued at Sacramento, California on November 15, 2021, at 11:08 AM.

CHIEF UNITED STATES DISTRICT JUDGE